JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CHANDA WEBB, | Case No. 2:21-cv-05768-RSWL (DFMx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:21-cv-05768-RSWL (DFMx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: October 20, 2022    /S/ RONALD S.W. LEW
Hon. Ronald S.W. Lew
United States District Court Judge